UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JACK GANN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:21-cv-00689-O |
| SNIDER TIRE INC. d/b/a SNIDER FLEET SOLUTIONS. | § § § § | |
| Defendant. | § | |

# ORDER

Parties have informed the Court that the parties have agreed to settle this matter. *See* ECF No. 17. Accordingly, the parties are **ORDERED** to file a stipulation of dismissal no later than **February 28, 2022.**

**SO ORDERED** this **31st day** of **January 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1