IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JACK GANN, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-cv-00689-O |
| | § | |
| SNIDER TIRE INC. d/b/a | § | |
| SNIDER FLEET SOLUTIONS, | § | |
| | § | |
| *Defendant*. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii), Plaintiff Jack Gann and Defendant Snider Tire Inc., d/b/a Snider Fleet Solutions (collectively, the "Parties") file this *Joint Stipulation of Dismissal with Prejudice*. In support, the Parties show the following:

The Parties have resolved all disputes between them by way of a mutually-agreed *Confidential Settlement Agreement and General Release of Claims*. Accordingly, the Parties hereby move the Court to dismiss this lawsuit with prejudice to refiling the same.

Respectfully submitted,

 /s/ Eric D. Rogers (w/permission-BDS)
Eric D. Rogers
Texas Bar No. 24110628
SPIELBERGER LAW GROUP
4890 W. Kennedy Blvd. Suite 950
Tampa, FL  33609
(800) 965-1570
(866) 580-7499 FAX
eric.rogers@spielbergerlawgroup.com

**ATTORNEY FOR PLAINTIFF**

 /s/ Brent Sedge
Arthur V. Lambert
Texas Bar No. 11841250
ATTORNEY-IN-CHARGE
Brent Sedge
Texas Bar No. 24082120
500 North Akard, Suite 3550
Dallas, TX  75201
Telephone: (214) 220-9100
Facsimile: (214) 220-9122
alambert@fisherphillips.com
bsedge@fisherphillips.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2022, I have electronically filed the foregoing with the Clerk of Court through the CM/ECF document filing system, which sent notification and copies of the filing to all counsel of record.

Eric D. Rogers
SPIELBERGER LAW GROUP
4890 W. Kennedy Blvd. Suite 950
Tampa, FL  33609
*eric.rogers@spielbergerlawgroup.com*

                                       */s/ Brent Sedge*
                                       Brent Sedge